


# Olga Lydia Reyes
COUNTY AND DISTRICT CLERK
101 EAST MAIN STREET
P.O. BOX 184
ROCKSPRINGS, TEXAS 78880-0184
830-683-2235 office / 830-683-5376 fax

February 26, 2015

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/26/2015 4:07:59 PM
KEITH E. HOTTLE
Clerk

<u>Via Electronic Transmission to https://www.rsp.txcourts.gov</u>
Fourth Court of Appeals
Cadena Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

Re:    Court of Appeals Number: 04-15-00078-CV
       Trial Court Case Number:  3724
       Style:  Brian Freeman
               v.
               Newfield Exploration Company

## NOTIFICATION OF LATE RECORD

Dear Sir or Madam:

I am the official responsible for preparing the Clerk's record in the above-referenced appeal. I am unable to file the record by the date such record is due because payment for the Clerk's record has not been received.

A designation letter was received from Appellant's attorney, Lloyd Muennink, on January 26, 2015. The Clerk faxed a response to Appellant's attorney on January 28, 2015 asking for clarification of all issues raised in the designation letter. Appellant's attorney did not file a response to this letter until February 24, 2015, just two days before the Clerk's Record in this case was due. Based on this response, the Clerk is calculating the cost of the Clerk's Record in this case. No deposit or payment has been received from Appellant's attorney. Copies of all letters are attached.

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by fax to the parties to the judgment or order being appealed.

Date:  <u>February 26, 2015</u>          Signature: _____
                                        Printed name:  Olga Lydia Reyes
                                        Title:  Edwards County and District Clerk

## **Certificate of Service**

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail and facsimile transmission to the parties to the judgment or order being appealed as follows:

Lloyd Muennink, via facsimile transmission to 512-478-6626

James Martin Truss, via facsimile transmission to 210-226-8395

Wright & Greenhill, P.C., via facsimile transmission (512) 476-5382

OLGA LYDIA REYES
Edwards County and District Clerk

January 22, 2015

**Via Fax: 830/683-5376**
Ms. Olga Lydia Reyes
Clerk of the 63rd Judicial District Court
Edwards County, Texas
P.O. Box 184
400 Main Street
Rocksprings, Texas 78880

Re:    Cause No. 3724; *Brian Freeman v. Newfield Exploration Company*; In the 63rd Judicial District Court, Edwards County, Texas – Plaintiff's Request for Documents to be Included in Clerk's Record

Dear Ms. Reyes

Plaintiff Brian Freeman is appealing this case to the Fourth Court of Appeals in San Antonio. The trial court signed a Final Judgment on October 29, 2014. Plaintiff will file his Notice of Intent to Appeal in the near future and will make arrangements to pay for this record.

Please allow this letter to serve as our formal request of Brian Freeman for a certified Clerk's Record for the appeal of this case to include the following documents:

Original Petition of June 8, 2009.
Original Answer of August 10, 2009.
Plaintiff's Fourth Amended Original Petition of June 16, 2014.
Designation Experts of June 16, 2014.
Designation Expert of June 16, 2014.
Supplemental Answer of June 23, 2014.
Counterclaim-CV of June 23, 2014.
Motion for Partial Summary Judgment of August 22, 2014.
Response to Request for Partial Summary Judgment of September 8, 2014.
Defendant's Objections to Plaintiff's Summary Judgment Evidence and rulings thereon.
Partial Summary Judgment of September 12, 2014.
All Pretrial Motions, Along with the Orders on the Motions.
Motion for Summary Judgment of September 19, 2014.
Brief of September 29, 2014.
Defendant's Motion for Directed Verdict – October 28 or 29, 2014.
Email Confirmation of October 2, 2014.
Partial Summary Judgment of October 6, 2014.
Order Granting Defendant's Motion for Directed Verdict on October 29, 2014.
October 2, 2014 Order granting Defendant's Motion for Partial Summary Judgment.
Orders of October 6, 2014.
Defendant's Response to Plaintiff's Motion of October 24, 2014.

Final Judgment of October 29, 2014.
Opposition to Entry of Order on Costs of November 25, 2014.
Plaintiff's Motion to Reconsider the Defendant's Motion for Partial Summary Judgment.
Plaintiff's Motion for New Trial-Civ of November 25, 2014.
Order Granting Entry of Order of Costs of December 2, 2014.
Copy of this letter.
Notice of Intent to Appeal.
Copy of letter requesting Reporter's Record.
Court's Docket Sheet.
Certified Bill of Costs.

     If you would, please have these documents filed with the Fourth Court of Appeals in San Antonio for this appeal.

                    Sincerely,

Lloyd A. Muennink
221 E. 9th Street, #203
Austin, Texas 78701
(512) 478-6623 Telephone
(512) 478-6626 Facsimile
State Bar No. 14629000
lloydmuennink@sbcglobal.net


FILED FOR RECORD
At 11:32 O'clock A M

JAN 2 6 2015


OLGA LYDIA REYES
DISTRICT CLERK
EDWARDS COUNTY, TEXAS
By: L. Love Deputy





**Olga Lydia Reyes**
COUNTY AND DISTRICT CLERK
101 EAST MAIN STREET
P.O. BOX 184
ROCKSPRINGS, TEXAS 78880-0184
830-683-2235 office / 830-683-5376 fax



January 28, 2015

<u>VIA FACSIMILE TRANSMISSION TO 512-478-6626</u>
Mr. Lloyd A. Muennink
Attorney at Law
221 E. 9th Street, Suite 203
Austin, Texas 78701

  Re: Cause No. 3724; *Brian Freeman v. Newfield Exploration Company*; In the 452nd Judicial District Court of Edwards County, Texas

Dear Mr. Muennink:

  The purpose of this letter is to address the following matters regarding your request for the preparation of the Clerk's Records for purposes of your appeal of the above-referenced and – numbered case to the Fourth Court of Appeals.

  It has come to our attention that the following issues have arisen:

  1. **Defendant's Objections to Plaintiff's Summary Judgment Evidence and rulings thereon.** We located the "Defendant' Reply in Support of Its Traditional and No-Evidence Motion for Partial Summary Judgment Against Brian Freeman and objections to Plaintiff's Proferred Summary Judgment Evidence" which was filed on September 12, 2014. We are assuming this is what you want included in the Clerk's Record. However, we are unsure what document you are referring to when you state that you also want the "rulings thereon." Please provide the exact name and file date of the document that you would like in the Clerk's Record. Given the enormous volume of paperwork in this case, the phrase "rulings thereon" without any other identifying information is too ambiguous for us to clearly ascertain what you are referring to.

  2. **All Pretrial Motions, Along with the Orders on the Motions.** Again, there are a large number of motions that were filed before the trial in this case. Many have a very large number of attachments. For example, one motion is 223 pages long. Because of this, we are unsure of what documents you are referring to when you state that you want "all Pretrial Motions and Orders." Please provide the exact name and file date of the documents that you would like in the Clerk's Record. Given the enormous volume of paperwork in this case, the phrase "all pretrial motions and orders on the motions" without any other identifying information is too ambiguous for us to clearly ascertain what you are referring to.

3. **Motion for Summary Judgment of September 19, 2014.** The original Motion for Partial Summary Judgment was filed on August 22, 2014. The Clerk's file does not contain a separate Motion for Summary Judgment filed on September 19, 2014. I called Cox and Smith and spoke to Mr. Truss, attorney for Defendant Newfield Exploration Company, who also indicated that they did not file a separate Motion for Summary Judgment on this date. The only document that was filed on that day that you may be referring to is the "Defendant's Brief in Support of Motion for Summary Judgment." Please advise if this is the document that you are referring to.

4. **Partial Summary Judgment of October 6, 2014.** There is no document with this exact title. We do have a "Order Granting Defendant's Traditional and No-Evidence Motion for Partial Summary Judgment Against Brian Freeman." This order was signed on October 6, 2014. Please advise if this is the document that you are referring to.

5. **Order Granting Defendant's Motion for Directed Verdict on October 29, 2014.** No such document exists. There is no separate "Order Granting Defendant's Motion for Directed Verdict" that was filed on October 29, 2014. The Court refers to the granting of the Motion for Directed Verdict in the Final Judgment. I called Cox and Smith and spoke to Mr. Truss's secretary, Diane, who indicated that there was not a separate "Order Granting Defendant's Motion for Directed Verdict." This was also confirmed by Mr. Merritt's office. Therefore, this document cannot be included in your Clerk's record.

6. **October 2, 2014 Order Granting Defendant's Motion for Partial Summary Judgment.** There is no October 2, 2014 order that grants the Defendant's Motion for Partial Summary Judgment. The only order that exists on this motion was signed on October 6, 2014. (Please see paragraph #4 above that explains this.) Therefore, that is the Order that will we include in the Clerk's Record.

7. **Orders of October 6, 2014.** The only orders of October 6, 2014 that are filed in the Court's file are the "Order Granting Defendant's Traditional and No-Evidence Motion for Partial Summary Judgment Against Brian Freeman" and the "Order Granting Defendant's Objections to Plaintiff's Proferred Summary Judgment Evidence." Are these the orders that you are referring to? Please advise.

8. **Plaintiff's Motion to Reconsider the Defendant's Motion for Partial Summary Judgment.** There is no document in the file with this title. The only document that we have is the "Motion for Reconsideration" that was filed on October 27, 2014. Your request does not list a date. Please confirm that is the motion that you are referring to.

**Payment of Clerk's Record.** Until you clarify the aforementioned issues, we cannot accurately calculate the cost of the preparation of your certified clerk's record. If you will get

back to us at your earliest convenience with your response, we can get you a final total. Upon receipt of that sum, the Clerk's Record will be prepared and submitted to the Fourth Court of Appeals.

Should you have any questions, please do not hesitate to contact our office at your earliest convenience.

Cordially,

Olga Lydia Reyes
County and District Clerk

xc:    Fourth Court of Appeals

# Transmission Report

| Date/Time | 01-29-2015 | 10:14:15 a.m. | Transmit Header Text | |
| Local ID 1 | 8306835376 | | Local Name 1 | EdwardsCountyDistrictClerk |

## This document : Confirmed
## (reduced sample and details below)
## Document size : 8.5"x11"

  

January 28, 2015

VIA FACSIMILE TRANSMISSION TO 512-478-6626
Mr. Lloyd A. Muennink
Attorney at Law
221 E. 9th Street, Suite 203
Austin, Texas 78701

Re: Cause No. 3724; *Brian Freeman v. Newfield Exploration Company*; In the 452nd Judicial District Court of Edwards County, Texas

Dear Mr. Muennink:

The purpose of this letter is to address the following matters regarding your request for the preparation of the Clerk's Records for purposes of your appeal of the above-referenced and – numbered case to the Fourth Court of Appeals.

It has come to our attention that the following issues have arisen:

1. **Defendant's Objections to Plaintiff's Summary Judgment Evidence and rulings thereon.** We located the "Defendant' Reply in Support of Its Traditional and No-Evidence Motion for Partial Summary Judgment Against Brian Freeman and objections to Plaintiff's Proffered Summary Judgment Evidence" which was filed on September 12, 2014. We are assuming this is what you want included in the Clerk's Record. However, we are unsure what document you are referring to when you state that you also want the "rulings thereon." Please provide the exact name and file date of the document that you would like in the Clerk's Record. Given the enormous volume of paperwork in this case, the phrase "rulings thereon" without any other identifying information is too ambiguous for us to clearly ascertain what you are referring to.

2. **All Pretrial Motions, Along with the Orders on the Motions.** Again, there are a large number of motions that were filed before the trial in this case. Many have a very large number of attachments. For example, one motion is 223 pages long. Because of this, we are unsure of what documents you are referring to when you state that you want "all Pretrial Motions and Orders." Please provide the exact name and file date of the documents that you would like in the Clerk's Record. Given the enormous volume of paperwork in this case, the phrase "all pretrial motions and orders on the motions" without any other identifying information is too ambiguous for us to clearly ascertain what you are referring to.

Total Pages Scanned : 3          Total Pages Confirmed : 3

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|-----|-----|----------------|------------|----------|-------|------|------|----------|---------|
| 001 | 676 | 15124786626 | 10:12:14 a.m. 01-29-2015 | 00:01:30 | 3/3 | 1 | EC | HS | CP14400 |

Abbreviations:
| | | | | |
|---|---|---|---|---|
| HS: Host send | PL: Polled local | MP: Mailbox print | CP: Completed | TS: Terminated by system |
| HR: Host receive | PR: Polled remote | RP: Report | FA: Fail | G3: Group 3 |
| WS: Waiting send | MS: Mailbox save | FF: Fax Forward | TU: Terminated by user | EC: Error Correct |

February 19, 2015

**Via Fax: 830/683-5376**
Ms. Olga Lydia Reyes
Clerk of the 63rd Judicial District Court
Edwards County, Texas
P.O. Box 184
400 Main Street
Rocksprings, Texas 78880

Re:     **Plaintiff's Request for Documents to be Included in Clerk's Record**
Cause No. 3724; *Brian Freeman v. Newfield Exploration Company*; In the 63rd Judicial District Court, Edwards County, Texas –

Dear Ms. Reyes

Please allow this letter to serve as our response to yours of January 28, 2015 regarding the Clerk's Record for purposes of our appeal in this case.

I am responding to your letter and reference the numbered paragraphs as you have listed them.

1. With regard to the rulings on Defendant's Objections to the Plaintiff's Summary Judgment, it appears those rulings were made October 6, 2014. That is "ruling thereon" I was referencing.
2. With regard to No. 2, we believe that the document we were referencing is the pre-trial scheduling Order Discovery Control Plan dated 10-17-2014.
3. With regard to No. 3, you are correct that the document I was referencing is the Defendant's Brief in Support of the Motion for Summary Judgment filed September 19, 2014.
4. With regard to No. 4, the Order Granting Defendant's Traditional and No Evidence Motion for Partial Summary Judgment against Brian Freeman dated October 6, 2014 is the document we are requesting.
5. With regard to No. 5, I accept the representation that there is no written order on Defendant's Motion for Directed Verdict as true.
6. With regard to No. 6, the Order granting the Defendant's Motion for Partial Summary Judgment dated October 6, 2014 is the correct document.
7. With regard to No. 7, the Order granting Defendant's Objections to Plaintiff's proper summary judgment evidence is the correct document.
8. With regard to No. 8, the Motion for Reconsideration of the Summary Judgment that you reference is the correct document.

Please provide me at your earliest convenience the total for preparing the Clerk's Record so that we can timely provide that to you to prepare and timely file the Clerk's Record for this case.

If you have any questions, please do not hesitate to call.

Sincerely,

Lloyd A. Muennink
221 E. 9th Street, #203
Austin, Texas 78701
(512) 478-6623 Telephone
(512) 478-6626 Facsimile
State Bar No. 14629000
lloydmuennink@sbcglobal.net

Cc:     James Martin Truss – via facsimile: 210-226-8395

Enclosure – Copy of Clerk's Letter dated 1-28-15


**FILED FOR RECORD**
At 2:30 O'clock P M

FEB 2 4 2015


**OLGA LYDIA REYES**
DISTRICT CLERK
EDWARDS COUNTY, TEXAS
By: _____ Deputy